IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Robinson, Carole R

Printed: 11/04/08

Case Number: 07 B 06977
Judge: Squires, John H
Filed: 4/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 24, 2008
Confirmed: August 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,840.00 |  |
| Secured: |  | 816.70 |
| Unsecured: |  | 0.00 |
| Priority: |  | 324.54 |
| Administrative: |  | 1,538.58 |
| Trustee Fee: |  | 160.18 |
| Other Funds: |  | 0.00 |
| Totals: | 2,840.00 | 2,840.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 250.00 | 250.00 |
| 2. | Ernesto D Borges Jr Esq | Administrative | 2,249.00 | 1,288.58 |
| 3. | Central Furniture | Secured | 400.00 | 400.00 |
| 4. | Balaban Furniture Ltd | Secured | 500.00 | 416.70 |
| 5. | Internal Revenue Service | Priority | 4,853.57 | 285.99 |
| 6. | Illinois Dept of Revenue | Priority | 438.06 | 38.55 |
| 7. | Internal Revenue Service | Unsecured | 41.64 | 0.00 |
| 8. | Tidewater Credit Services | Unsecured | 1,168.35 | 0.00 |
| 9. | La Chapelle Credit Service | Unsecured | 35.00 | 0.00 |
| 10. | Nicor Gas | Unsecured | 13.82 | 0.00 |
| 11. | Sprint Nextel | Unsecured | 51.96 | 0.00 |
| 12. | AmeriCash Loans, LLC | Unsecured | 34.65 | 0.00 |
| 13. | AmeriCash Loans, LLC | Unsecured | 244.89 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 307.00 | 0.00 |
| 15. | Illinois Dept of Revenue | Unsecured | 0.88 | 0.00 |
| 16. | Central Furniture | Unsecured | 115.04 | 0.00 |
| 17. | Peoples Energy Corp | Unsecured | 117.81 | 0.00 |
| 18. | Balaban Furniture Ltd | Unsecured | 272.85 | 0.00 |
| 19. | Devon Financial Services Inc | Unsecured | 36.52 | 0.00 |
| 20. | Commonwealth Edison | Unsecured | 53.59 | 0.00 |
| 21. | J J Marshall | Unsecured | 481.57 | 0.00 |
| 22. | America's Financial Choice Inc | Unsecured | 26.76 | 0.00 |
| 23. | United States Dept Of Education | Unsecured | 824.78 | 0.00 |
| 24. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 25. | America's Financial Choice Inc | Unsecured |  | No Claim Filed |
| 26. | Friedman & Wexler LLC | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Robinson, Carole R | Case Number: 07 B 06977 |
|---|---|
| | Judge: Squires, John H |
| Printed: 11/04/08 | Filed: 4/18/07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Harris & Harris | Unsecured | | No Claim Filed |
| 28. | H & F Law Offices | Unsecured | | No Claim Filed |
| 29. | H & F Law Offices | Unsecured | | No Claim Filed |
| 30. | Illinois Title Loans | Unsecured | | No Claim Filed |
| 31. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 32. | La Chapelle Credit Service | Unsecured | | No Claim Filed |
| 33. | State Collection Service | Unsecured | | No Claim Filed |
| 34. | State Collection Service | Unsecured | | No Claim Filed |
| 35. | Park Dansan | Unsecured | | No Claim Filed |
| 36. | West Asset Management | Unsecured | | No Claim Filed |
| 37. | Consultant Radiology of Evanst | Unsecured | | No Claim Filed |
| 38. | Geralds, Winston | Unsecured | | No Claim Filed |
| 39. | Credit Collection | Unsecured | | No Claim Filed |
| | | | $ 12,517.74 | $ 2,679.82 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 119.89 |
| 6.5% | 40.29 |
| | $ 160.18 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

